Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17239−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew Michelotti
   aka Matthew Robert Michelotti, aka
   Matthew R. Michelotti
   11 Easy Street
   Lanoka Harbor, NJ 08734

Social Security No.:
   xxx−xx−1512

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:    10/18/23
Time:    10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 12, 2023
JAN: pbf

                                     Jeanne Naughton
                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 23-17239-CMG

Matthew Michelotti                                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                                                                Page 1 of 6
Date Rcvd: Sep 12, 2023                Form ID: 132                                                        Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Michelotti, 11 Easy Street, Lanoka Harbor, NJ 08734-2106 |
| 520003585 | | Bureau DISPUTE, Plano, TX 75023 |
| 520003592 | | Citibank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520003601 | + | Darcie Michelotti, 11 Easy Street, Lanoka Harbor, NJ 08734-2106 |
| 520010987 | | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520003621 | | Performance Finance, 1515 W 22nd St, Oak Brook, IL 60523-2007 |
| 520003630 | + | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 520003628 | | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520003549 | | Email/Text: backoffice@affirm.com | Sep 12 2023 20:38:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003548 | | Email/Text: backoffice@affirm.com | Sep 12 2023 20:38:00 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003579 | | Email/Text: ally@ebn.phinsolutions.com | Sep 12 2023 20:36:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520003578 | | Email/Text: ally@ebn.phinsolutions.com | Sep 12 2023 20:36:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520003580 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2023 20:36:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520003581 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2023 20:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520003583 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 21:00:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520003582 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2023 20:48:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520003586 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 12 2023 20:59:25 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520019165 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2023 20:47:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520003591 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 20:48:38 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO |

Case 23-17239-CMG    Doc 12    Filed 09/14/23    Entered 09/15/23 00:13:19    Desc Imaged
Certificate of Notice    Page 3 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Sep 12, 2023 | Form ID: 132 | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Box 790034, Saint Louis, MO 63179-0034 |
| 520003590 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 20:48:10 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520003594 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 20:47:58 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520003593 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 20:46:37 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520003595 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 20:37:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 520003596 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 20:37:00 | Comenity Bank/Jared, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520003597 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 20:37:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520003598 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 12 2023 20:37:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520003599 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2023 20:38:00 | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 520003600 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2023 20:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520010059 | | Email/Text: mrdiscen@discover.com | Sep 12 2023 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520003602 | | Email/Text: mrdiscen@discover.com | Sep 12 2023 20:36:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520003603 | | Email/Text: mrdiscen@discover.com | Sep 12 2023 20:36:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520003606 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 12 2023 20:38:00 | Genesis Financial, PO Box 4499, Beaverton, OR 97076-4499 |
| 520003607 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 12 2023 20:38:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520003610 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:48:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520003611 | + | Email/Text: BKNotice@ldvlaw.com | Sep 12 2023 20:37:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520003619 | | Email/Text: Bankruptcy@mjrf.com | Sep 12 2023 20:37:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520003614 | | Email/Text: Mercury@ebn.phinsolutions.com | Sep 12 2023 20:36:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520003613 | | Email/Text: Mercury@ebn.phinsolutions.com | Sep 12 2023 20:36:00 | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520003615 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2023 20:38:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520003616 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2023 20:38:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520003617 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2023 20:37:00 | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 520003618 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 12 2023 20:37:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520003622 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2023 20:38:00 | Progressive, PO Box 607, Norwood, MA |

Case 23-17239-CMG    Doc 12    Filed 09/14/23    Entered 09/15/23 00:13:19    Desc Imaged
                                Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 132 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 02062-0607 |
| 520003624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:46:32 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520003623 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 20:59:59 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520003625 | | Email/Text: bncmail@w-legal.com | Sep 12 2023 20:37:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520003626 | | Email/Text: bncmail@w-legal.com | Sep 12 2023 20:37:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520003629 | + | Email/Text: bankruptcy@bbandt.com | Sep 12 2023 20:37:00 | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 520003627 | | Email/Text: bankruptcy@bbandt.com | Sep 12 2023 20:37:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520003631 | | Email/Text: bknotice@upgrade.com | Sep 12 2023 20:36:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520003632 | | Email/Text: bknotice@upgrade.com | Sep 12 2023 20:36:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520003635 | | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Sep 12 2023 20:36:00 | Yamaha Motor, 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520003584 | | Capital One Auto Finance, Credit |
| 520003587 | | Capital One Auto Finance, Credit |
| 520021505 | | Capital One Auto Finance, Credit |
| 520021508 | | Capital One Auto Finance, Credit |
| 520003604 | | First Bank Trust |
| 520021525 | | First Bank Trust |
| 520003605 | | Greenville, SC 29601 |
| 520003609 | | Greenville, SC 29601 |
| 520021526 | | Greenville, SC 29601 |
| 520021530 | | Greenville, SC 29601 |
| 520003608 | | Lvnv Funding LLC |
| 520021529 | | Lvnv Funding LLC |
| 520003564 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003565 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003566 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003567 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003568 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003569 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003570 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003571 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003572 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003573 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003574 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003575 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003576 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003577 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021470 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021485 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021486 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021487 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |

Case 23-17239-CMG    Doc 12    Filed 09/14/23    Entered 09/15/23 00:13:19    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 132 | Total Noticed: 54 |

| | | |
|---|---|---|
| 520021488 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021489 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021490 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021491 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021492 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021493 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021494 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021495 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021496 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021497 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021498 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003555 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003556 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003557 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003558 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003559 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003560 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003561 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003562 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003563 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021469 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021471 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021472 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021473 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021474 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021475 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021476 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021477 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021478 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021479 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021480 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021481 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021482 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021483 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021484 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003550 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003551 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003552 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003553 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003554 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021500 | * | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520021499 | * | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520021501 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520021502 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520003588 | * | Bureau DISPUTE, Plano, TX 75023 |
| 520021506 | * | Bureau DISPUTE, Plano, TX 75023 |
| 520021509 | * | Bureau DISPUTE, Plano, TX 75023 |
| 520021504 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520021503 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520003589 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520021507 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520021510 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520021512 | * | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520021511 | * | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520021513 | * | Citibank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520021515 | * | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520021514 | * | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520021516 | * | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 520021517 | * | Comenity Bank/Jared, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520021518 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520021519 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520021520 | * | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 520021521 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |

| | | |
|---|---|---|
| 520021522 | *+ | Darcie Michelotti, 11 Easy Street, Lanoka Harbor, NJ 08734-2106 |
| 520021523 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520021524 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520021527 | * | Genesis Financial, PO Box 4499, Beaverton, OR 97076-4499 |
| 520021528 | * | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520021531 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520003612 | *+ | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520021532 | *+ | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520021533 | *+ | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520003620 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520021540 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520021541 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520021535 | * | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520021534 | * | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520021536 | *+ | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520021537 | * | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520021538 | * | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 520021539 | * | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520021542 | * | Performance Finance, 1515 W 22nd St, Oak Brook, IL 60523-2007 |
| 520021543 | * | Progressive, PO Box 607, Norwood, MA 02062-0607 |
| 520021545 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520021544 | *+ | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520021546 | * | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520021547 | * | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520021550 | *+ | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 520021549 | * | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 520021551 | *+ | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 520021548 | * | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520003633 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520021552 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520021554 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520003634 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520021553 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520021555 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520021556 | * | Yamaha Motor, 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 12 Undeliverable, 116 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023      Signature:      /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 6 of 6
Date Rcvd: Sep 12, 2023 | Form ID: 132 | Total Noticed: 54

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Matthew Michelotti bkclient@straffilaw.com g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SAILFISH SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4