Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17239−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew Michelotti
   aka Matthew Robert Michelotti, aka
   Matthew R. Michelotti
   11 Easy Street
   Lanoka Harbor, NJ 08734

Social Security No.:
   xxx−xx−1512

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 21, 2023.

Dated: November 21, 2023
JAN: rms

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-17239-CMG

Matthew Michelotti  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 6
Date Rcvd: Nov 21, 2023  Form ID: plncf13  Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Michelotti, 11 Easy Street, Lanoka Harbor, NJ 08734-2106 |
| 520003585 | | Bureau DISPUTE, Plano, TX 75023 |
| 520003592 | | Citibank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520003601 | + | Darcie Michelotti, 11 Easy Street, Lanoka Harbor, NJ 08734-2106 |
| 520010987 | | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520003621 | | Performance Finance, 1515 W 22nd St, Oak Brook, IL 60523-2007 |
| 520068495 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520003630 | + | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 520003628 | | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 520059824 | | Yamaha Motor Finance c/o Peritus Portfolio Svcs II, P.O. Box 141419, Irving, TX 75014-1419 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 21 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 21 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520003549 | | Email/Text: backoffice@affirm.com | Nov 21 2023 20:58:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520035221 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 21:19:55 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520003548 | | Email/Text: backoffice@affirm.com | Nov 21 2023 20:58:00 | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003579 | | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2023 20:55:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520003578 | | Email/Text: ally@ebn.phinsolutions.com | Nov 21 2023 20:55:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520003580 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 21 2023 20:55:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520003581 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 21 2023 20:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520063128 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 21 2023 20:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520003583 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 21:06:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 23-17239-CMG    Doc 22    Filed 11/23/23    Entered 11/24/23 00:20:33    Desc Imaged
                              Certificate of Notice    Page 3 of 7

| District/off: 0312-3 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Nov 21, 2023 | Form ID: plncf13 | Total Noticed: 63 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 520003582 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 21:06:47 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520003586 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 21 2023 21:20:14 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520019165 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2023 21:20:25 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520003591 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 21:06:55 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520003590 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 21:05:54 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520061859 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 21:06:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520003594 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 21:05:58 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520003593 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 21:08:58 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520003595 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 20:57:00 | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 520003596 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 20:57:00 | Comenity Bank/Jared, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520003597 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 20:57:00 | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520003598 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 20:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520003599 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 21 2023 20:58:00 | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 520003600 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 21 2023 20:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520010059 | | Email/Text: mrdiscen@discover.com | Nov 21 2023 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520003602 | | Email/Text: mrdiscen@discover.com | Nov 21 2023 20:55:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520003603 | | Email/Text: mrdiscen@discover.com | Nov 21 2023 20:55:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520003606 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 21 2023 20:58:00 | Genesis Financial, PO Box 4499, Beaverton, OR 97076-4499 |
| 520003607 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 21 2023 20:58:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520047108 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 21:19:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520010987 | ^ | MEBN | Nov 21 2023 20:53:46 | LightStream, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520003610 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 21:19:54 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520003611 | + | Email/Text: BKNotice@ldvlaw.com | Nov 21 2023 20:56:00 | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520003619 | | Email/Text: Bankruptcy@mjrf.com | Nov 21 2023 20:56:00 | Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520003614 | | Email/Text: Mercury@ebn.phinsolutions.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520003613 | | Email/Text: Mercury@ebn.phinsolutions.com | Nov 21 2023 20:56:00 | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| | | | Nov 21 2023 20:56:00 | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520003615 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2023 20:57:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520050041 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2023 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520003616 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 21 2023 20:57:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520003617 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2023 20:56:00 | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 520003618 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2023 20:56:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520003622 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 21 2023 20:58:00 | Progressive, PO Box 607, Norwood, MA 02062-0607 |
| 520069380 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2023 20:57:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520063609 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2023 20:56:00 | SAILFISH SERVICING, LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 520003624 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 21:06:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520003623 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 21:07:19 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520003625 | | Email/Text: bncmail@w-legal.com | Nov 21 2023 20:57:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520003626 | | Email/Text: bncmail@w-legal.com | Nov 21 2023 20:57:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520003629 | + | Email/Text: bankruptcy@bbandt.com | Nov 21 2023 20:57:00 | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 520003627 | | Email/Text: bankruptcy@bbandt.com | Nov 21 2023 20:57:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520003631 | | Email/Text: bknotice@upgrade.com | Nov 21 2023 20:55:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520003632 | | Email/Text: bknotice@upgrade.com | Nov 21 2023 20:55:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520003635 | | Email/Text: ymfus_bankruptcy@yamaha-motor.com | Nov 21 2023 20:55:00 | Yamaha Motor, 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520003584 | | Capital One Auto Finance, Credit |
| 520003587 | | Capital One Auto Finance, Credit |
| 520021505 | | Capital One Auto Finance, Credit |
| 520021508 | | Capital One Auto Finance, Credit |

Case 23-17239-CMG    Doc 22    Filed 11/23/23    Entered 11/24/23 00:20:33    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 6 |
| Date Rcvd: Nov 21, 2023 | Form ID: plncf13 | Total Noticed: 63 |

| | | |
|---|---|---|
| 520003604 | | First Bank Trust |
| 520021525 | | First Bank Trust |
| 520003605 | | Greenville, SC 29601 |
| 520003609 | | Greenville, SC 29601 |
| 520021526 | | Greenville, SC 29601 |
| 520021530 | | Greenville, SC 29601 |
| 520003608 | | Lvnv Funding LLC |
| 520021529 | | Lvnv Funding LLC |
| 520003564 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003565 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003566 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003567 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003568 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003569 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003570 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003571 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003572 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003573 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003574 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003575 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003576 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003577 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021470 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021485 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021486 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021487 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021488 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021489 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021490 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021491 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021492 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021493 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021494 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021495 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021496 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021497 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021498 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003555 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003556 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003557 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003558 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003559 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003560 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003561 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003562 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003563 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021469 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021471 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021472 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021473 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021474 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021475 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021476 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021477 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021478 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021479 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021480 | * | Affirm, Inc., 650 California Fst, Fl 12, San Francisco, CA 94108-2716 |
| 520021481 | * | Affirm, Inc., 650 Calicertnia St, Fl 12, San Francisco, CA 94108-2716 |
| 520021482 | * | Affirm, Inc., 650 California St, Fl 12, San francisco, CA 94108-2716 |
| 520021483 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021484 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003550 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003551 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: plncf13 | Total Noticed: 63 |

| | | |
|---|---|---|
| 520003552 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003553 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520003554 | * | Affirm, Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520021500 | * | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 520021499 | * | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520021501 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520021502 | * | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 520003588 | * | Bureau DISPUTE, Plano, TX 75023 |
| 520021506 | * | Bureau DISPUTE, Plano, TX 75023 |
| 520021509 | * | Bureau DISPUTE, Plano, TX 75023 |
| 520021504 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520021503 | * | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520003589 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520021507 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520021510 | * | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520021512 | * | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, Saint Louis, MO 63179-0034 |
| 520021511 | * | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520021513 | * | Citibank N.A., 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 520021515 | * | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 520021514 | * | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520021516 | * | Comenity Bank/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 520021517 | * | Comenity Bank/Jared, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520021518 | * | Comenity Bank/Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 520021519 | * | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520021520 | * | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 520021521 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520021522 | *+ | Darcie Michelotti, 11 Easy Street, Lanoka Harbor, NJ 08734-2106 |
| 520021523 | * | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520021524 | * | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520021527 | * | Genesis Financial, PO Box 4499, Beaverton, OR 97076-4499 |
| 520021528 | * | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 520021531 | * | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 520003612 | *+ | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520021532 | *+ | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520021533 | *+ | Lyons, Doughty & Veldhuis, 136 Gaither Drive, Suite 100 PO Box 1269, Mt. Laurel, NJ 08054-7269 |
| 520003620 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520021540 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520021541 | *P++ | MULLOOLY JEFFREY ROONEY & FLYNN LLP, 6851 JERICHO TURNPIKE SUITE 220, SYOSSET NY 11791-4449, address filed with court:, Mullooly, Jeffrey, Rooney & Flynn, LLP, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 520021535 | * | Mercury/Fbt, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 520021534 | * | Mercury/Fbt, PO Box 84064, Columbus, GA 31908-4064 |
| 520021536 | *+ | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520021537 | * | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520021538 | * | Mrc/United Wholesale M, 350 Highland St, Houston, TX 77009-6623 |
| 520021539 | * | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520021542 | * | Performance Finance, 1515 W 22nd St, Oak Brook, IL 60523-2007 |
| 520021543 | * | Progressive, PO Box 607, Norwood, MA 02062-0607 |
| 520021545 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520021544 | *+ | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520021546 | * | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520021547 | * | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520021550 | *+ | Truist Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 520021549 | * | Truist Bank, 600 W Broadway, Ste 2000, San Diego, CA 92101-3358 |
| 520021551 | *+ | Truist Bank, Attn: Bankruptcy, 200 Pine St W, Wilson, NC 27893-3288 |
| 520021548 | * | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 520003633 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520021552 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520021554 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 520003634 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., |

| District/off: 0312-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: plncf13 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | | Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520021553 | *P++ | | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520021555 | *P++ | | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 520021556 | * | | Yamaha Motor, 6555 Katella Ave, Cypress, CA 90630-5101 |

TOTAL: 12 Undeliverable, 116 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Matthew Michelotti bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor SAILFISH SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Roger Fay | on behalf of Creditor SAILFISH SERVICING  LLC rfay@alaw.net, bkecf@milsteadlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5